IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAXTON HERRERA
ADC #169386                                                         PLAINTIFF

v.                          No: 4:20-cv-1229 DPM

MAPLE ADKINS, Lieutenant, Tucker
Unit, ADC; TYRONE ALLISON, Captain,
Tucker Unit, ADC; CHRISTIAN SMITH,
Corporal, Tucker Unit, ADC; and ASHLEY
CAMPBELL, Sergeant, Tucker Unit, ADC                                DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Herrera hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 3*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 November 2020