IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAXTON HERRERA                                                      PLAINTIFF
ADC #169386

v.                              No: 4:20-cv-1229 DPM

MAPLE ADKINS, Lieutenant, Tucker
Unit, ADC; TYRONE ALLISON, Captain,
Tucker Unit, ADC; CHRISTIAN SMITH,
Corporal, Tucker Unit, ADC; and ASHLEY
CAMPBELL, Sergeant, Tucker Unit, ADC                                DEFENDANTS

JUDGMENT

Herrera's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

19 November 2020